**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: SELENT, HENRY E                              § Case No. 13-80538
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $533,152.00                    Assets Exempt: $22,450.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,150.28      Claims Discharged
                                                 Without Payment: $146,904.28

Total Expenses of Administration: $6,849.72

---

   3) Total gross receipts of $ 18,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $569,846.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,849.72 | 6,849.72 | 6,849.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 154,673.00 | 55,275.56 | 55,275.56 | 11,150.28 |
| **TOTAL DISBURSEMENTS** | $724,519.00 | $62,125.28 | $62,125.28 | $18,000.00 |

4) This case was originally filed under Chapter 7 on February 22, 2013. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2013      By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant lot - 400 Chase Gulch Rd | 1110-000 | 18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bayview Loan Servicing, Inc. | 4110-000 | 398,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Greentree c/o Bank of America, NA | 4110-000 | 167,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Capital | 4110-000 | 4,846.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$569,846.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 72.43 | 72.43 | 72.43 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,222.00 | 1,222.00 | 1,222.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Fidelity National Title Company | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Fidelity National Title Company | 2500-000 | N/A | 471.00 | 471.00 | 471.00 |
| Fidelity National Title Company | 2500-000 | N/A | 16.00 | 16.00 | 16.00 |
| Fidelity National Title Company | 2820-000 | N/A | 402.56 | 402.56 | 402.56 |
| Fidelity National Title Company | 2820-000 | N/A | 240.73 | 240.73 | 240.73 |
| Fidelity National Title Company | 3510-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,849.72 | $6,849.72 | $6,849.72 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,631.00 | 16,646.65 | 16,646.65 | 3,358.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 9,433.00 | 8,238.24 | 8,238.24 | 1,661.83 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 27,830.00 | 27,830.34 | 27,830.34 | 5,613.98 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 2,560.33 | 2,560.33 | 516.47 |
| NOTFILED | David Lichtenwalter DDS | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card | 7100-000 | 7,185.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 15,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Usa, Na | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Target Nb | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 13,662.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.A. | 7100-000 | 45,107.00 | N/A | N/A | 0.00 |
| NOTFILED | Bradco | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$154,673.00** | **$55,275.56** | **$55,275.56** | **$11,150.28** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80538  
**Case Name:** SELENT, HENRY E  

**Period Ending:** 12/10/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/22/13 (f)  
**§341(a) Meeting Date:** 03/28/13  
**Claims Bar Date:** 07/02/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Personal Residence located at 203 W. Royal Drive | 130,000.00 | 0.00 | | 0.00 | FA |
| 2  Commercial Property located at 942 East State, S | 375,000.00 | 0.00 | | 0.00 | FA |
| 3  Vacant lot - 400 Chase Gulch Rd | 22,000.00 | 20,000.00 | | 18,000.00 | FA |
| 4  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 5  Checking account at Harris Bank | 300.00 | 0.00 | | 0.00 | FA |
| 6  Used furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  Coins and stamps | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  Necessary clothing | 150.00 | 0.00 | | 0.00 | FA |
| 9  3 handguns, BB guns | 300.00 | 0.00 | | 0.00 | FA |
| 10 Education IRA | 850.00 | 0.00 | | 0.00 | FA |
| 11 Wells Fargo | 900.00 | 0.00 | | 0.00 | FA |
| 12 Selent, Inc., SES, Inc. roofing company | 0.00 | 0.00 | | 0.00 | FA |
| 13 Deibold Installations, Inc. Naperville, IL | 0.00 | 0.00 | | 0.00 | FA |
| 14 Owner of Dieboldt Installations | 1.00 | 0.00 | | 0.00 | FA |
| 15 Owner of SES, a non-union S corp. | 1.00 | 0.00 | | 0.00 | FA |
| 16 Roofing license | 50.00 | 0.00 | | 0.00 | FA |
| 17 1996 Honda Motorcycle | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 Old computers | 50.00 | 0.00 | | 0.00 | FA |
| 19 vacant lot at Lot 17, High Chapperal Ranch *<br>   * #19 - identical to #3. | 22,000.00 | 0.00 | | 0.00 | FA |
| 19  Assets  Totals (Excluding unknown values) | **$555,152.00** | **$20,000.00** | | **$18,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2014        **Current Projected Date Of Final Report (TFR):**   March 31, 2014

Printed: 12/10/2013 07:35 AM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-80538  
**Case Name:** SELENT, HENRY E  

**Taxpayer ID #:** **-***3961  
**Period Ending:** 12/10/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****069466 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/29/13 | | Fidelity National Title Company | sale of vacant lot | | | 14,994.71 | | 14,994.71 |
| | | | Escrow fee to Fidelity Nat'l | -75.00 | 2500-000 | | | 14,994.71 |
| | | | Title charges - owners policy | -471.00 | 2500-000 | | | 14,994.71 |
| | | | Recording fees | -16.00 | 2500-000 | | | 14,994.71 |
| | | | 2012 property taxes | -402.56 | 2820-000 | | | 14,994.71 |
| | | | 1/1/13-8/16/13 - county taxes | -240.73 | 2820-000 | | | 14,994.71 |
| | | | commission | -1,800.00 | 3510-000 | | | 14,994.71 |
| | {3} | | | 18,000.00 | 1110-000 | | | 14,994.71 |
| 11/05/13 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,222.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 1,222.00 | 13,772.71 |
| 11/05/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,550.00, Trustee Compensation;  Reference: | | 2100-000 | | 2,550.00 | 11,222.71 |
| 11/05/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $72.43, Trustee Expenses;  Reference: | | 2200-000 | | 72.43 | 11,150.28 |
| 11/05/13 | 104 | Discover Bank | Dividend paid  20.17% on $16,646.65; Claim# 1; Filed: $16,646.65; Reference: | | 7100-000 | | 3,358.00 | 7,792.28 |
| 11/05/13 | 105 | Capital One Bank (USA), N.A. | Dividend paid  20.17% on $8,238.24; Claim# 2; Filed: $8,238.24; Reference: | | 7100-000 | | 1,661.83 | 6,130.45 |
| 11/05/13 | 106 | FIA CARD SERVICES, N.A. | Dividend paid  20.17% on $27,830.34; Claim# 3; Filed: $27,830.34; Reference: | | 7100-000 | | 5,613.98 | 516.47 |
| 11/05/13 | 107 | American InfoSource LP as agent for | Dividend paid  20.17% on $2,560.33; Claim# 4; Filed: $2,560.33; Reference: | | 7100-000 | | 516.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 14,994.71 | 14,994.71 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 14,994.71 | 14,994.71 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$14,994.71** | **$14,994.71** | |

{} Asset reference(s)

Printed: 12/10/2013 07:35 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-80538 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** SELENT, HENRY E | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****069466 - Checking Account |
| **Taxpayer ID #:** **-***3961 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 12/10/13 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 14,994.71
Plus Gross Adjustments : 3,005.29
Net Estate : $18,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****069466** | 14,994.71 | 14,994.71 | 0.00 |
| | $14,994.71 | $14,994.71 | $0.00 |

{} Asset reference(s)

Printed: 12/10/2013 07:35 AM    V.13.13